No. 557. VULCAN MANUFACTURING CO. v. MAYTAG CO. On writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit. January 21, 1935. Dismissed with

costs, per stipulation of counsel, on motion of *Messrs. I. J. Ringolsky* and *Armwell L. Cooper* for petitioner. *Messrs. Wallace R. Lane* and *Nelson E. Johnson* for respondent.